**Houmam KOUAICI, Petitioner,**

v.

**Jefferson B. SESSIONS, III, Attorney General of the United States, Respondent.**

**No. 16-3761**

United States Court of Appeals, Eighth Circuit.

Submitted: July 6, 2017

Filed: July 11, 2017

Houmam Kouaici, Pro Se

Surell Brady, Trial Attorney, Kimberly A. Burdge, Trial Attorney, Karen Yolanda Drummond, Tracie Nicole Jones, Trial Attorney, Carl H. McIntyre, U.S. Department of Justice, Civil Division, Office of Immigration Litigation, Washington, DC, OIL, U.S. Department of Justice, Washington, DC, for Respondent

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

**PER CURIAM.**

Moroccan citizen Houmam Kouaici petitions for review of an order of the Board of Immigration Appeals dismissing his appeal from the decision of an immigration judge who denied him asylum and withholding of removal. This court lacks jurisdiction to review the agency's determination that Kouaici's asylum application was untimely filed. *See Cambara-Cambara v. Lynch*, 837 F.3d 822, 825 (8th Cir. 2016). We conclude that substantial evidence supports the agency's denial of withholding of removal on the ground that Kouaici failed to establish that he would be subject to future persecution in Morocco based on a protected ground. *See Fesehaye v. Holder*, 607 F.3d 523, 526 (8th Cir. 2010). The petition is therefore denied. *See* 8th Cir. R. 47B.